# ORIGINAL

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_Eastern_ District of _NEW YORK_
(State)

Case number (if known): _____ Chapter _11_

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2015 JAN 28 P 3: 12

RECEIVED

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy       12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | FSB DEVELOPMENT CORP. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | NONE |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 64 - 0963307 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 6032 Amboy Road<br>Number    Street | Number    Street |
| | P.O. Box |
| Staten Island NY 10309<br>City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Richmond<br>County | Number    Street |
| | City    State    ZIP Code |

5. **Debtor's website (URL)**    NONE

6. **Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

---

Debtor    _FSB DEVELOPMENT CORP._        Case number *(if known)*_____
      Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_5 3 1 1_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

     ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                        MM / DD / YYYY

          District _____ When _____ Case number _____
                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

          District _____ When _____
                                      MM / DD / YYYY

          Case number, if known _____

Debtor  _FSB · DEVELOPMENT CORP._                          Case number *(if known)*_____
        Name

**11. Why is the case filed in *this***
    ***district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate. attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
                          Number          Street

_____

_____
City                                    State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name        _____

Phone               _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Debtor    FSB DEVELOPMENT CORP.       Case number *(if known)*_____
       Name

---

**16. Estimated liabilities**

- ☒ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01 / 27 / 2016
       MM / DD / YYYY

**X** _Leslie Aguilar_       LESLIE AGUILAR
Signature of authorized representative of debtor      Printed name

Title SECRETARY – TREASURER

---

**18. Signature of attorney**

**X** _____    Date _____
Signature of attorney for debtor        MM / DD / YYYY

Printed name _____

Firm name _____

Number     Street _____

City _____   State _____ ZIP Code _____

Contact phone _____   Email address _____

Bar number _____   State _____

---

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __N/A__ .

2. The following financial data is the latest available information and refers to the debtor's condition on __1/27/2016__

    a. Total assets                                        $ __228,000.00__

    b. Total debts (including debts listed in 2.c., below)    $ __34,877.00__

    c. Debt securities held by more than 500 holders

Approximate number of holders:

| | | | | Amount | Approximate number of holders |
|---|---|---|---|---|---|
| secured ☐ | unsecured ☒ | subordinated ☐ | $ | ~~34,877.00~~ | ☒ 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |

    d. Number of shares of preferred stock

    e. Number of shares common stock

    Comments, if any: _____

3. Brief description of debtor's business: __Rental of Real Estate__

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
__NONE__

**Fill in this information to identify the case:**

Debtor name  FSB DEVELOPMENT CORP.

United States Bankruptcy Court for the:  EASTERN          District of NY
                                                           (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | City of Norwich Department of Finance One City Plaza Norwich NY 13815 | John S. Zielinksi 607-334-1230 | Real Estate & school Taxes | Disputed | ~~34,872.50~~ | | 34,872.50 |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    _FSB DEVELOPMENT CORP._    Case number (if known)_____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

FSB DEVELOPMENT CORP.
6032 AMBOY ROAD
STATEN ISLAND, NY 10309


United States Bankruptcy Court
Eastern District of New York
Debtor- FSB Development Corp.
Case No. _____ Chapter 11


## CORPORATE RESOLUTION


I, Leslie Aguilar, Secretary Treasure of FSB Development Corp., a corporation organized and existing under the laws of the State of New York (the "Company') do hereby certify that the following is a true and correct copy of a resolution adopted at a meeting of the Board of Directors of the Company duly held and convened on January 25, 2016, at which meeting a duly constituted quorum of the board of directors was present and acting throughout, and that such resolution has not been modified, rescinded or revoked, and is at present in full force and effect.

RESOLVED: That the Company is authorized and empowered to cause the filing of a petiion under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court in the Eastern District of New York, and that the same is in the best interests of the Company and its creditors and equity holders.

IN WITNESS WHEREOF, the undersigned has affixed her signature this 25th day of January, 2016. The Company has no corporate seal.

_____
Leslie Aguilar, Secretary-Treasurer

FSB Development Corp.

FSB DEVELOPMENT CORP.
6032 AMBOY ROAD
STATEN ISLAND, NY 10309


United States Bankruptcy Court
Eastern District of New York
Debtor- FSB Development Corp.
Case No. _____ Chapter 11


## CORPORATE OWNERSHIP STATEMENT


I, Leslie Aguilar, Secretary Treasure of FSB Development Corp., a corporation organized and existing under the laws of the State of New York (the "Company') do hereby certify that the following is a true and correct. I am authorized to make this statement in compliance under the Rules 1007(a)(1) of the Federal Rules of Bankruptcy Procedure.

FSB Development Corp. the Company and the Debtor certifies this it is a private non-governmental party, and has no corporate parent, affiliates and /or subsidiaries which are publicly held.

IN WITNESS WHEREOF, the undersigned has affixed her signature this 25th day of January, 2016. The Company has no corporate seal.


_____
Leslie Aguilar, Secretary-Treasurer

FSB Development Corp.

FSB DEVELOPMENT CORP.
6032 AMBOY ROAD
STATEN ISLAND, NY 10309


United States Bankruptcy Court
Eastern District of New York
Debtor- FSB Development Corp.
Case No. _____ Chapter 11


CORPORATE DISCLOSURE STATEMENT


I, Leslie Aguilar, Secretary Treasure of FSB Development Corp., a corporation organized and existing under the laws of the State of New York (the "Company') do hereby certify that the following is a true and correct. I am authorized to make this statement in compliance under the Rules 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Rule 1073-3 of the Local Bankruptcy Rules for the Eastern District of New York.

There are no corporations, governmental units or otherwise, that directly or indirectly own 10% or more of an class of equity interests in FSB Development Corp.

IN WITNESS WHEREOF, the undersigned has affixed her signature this 25th day of January, 2016. The Company has no corporate seal.


Leslie Aguilar, Secretary-Treasurer

FSB Development Corp.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
### www.nyeb.uscourts.gov

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** FSB DEVELOPMENT CORP.                    **CASE NO.:** _____

      Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[**NOTE:** Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☒ **NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.**

☐ **THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:**

**1. CASE NO.:** _____ **JUDGE:** _____ **DISTRICT/DIVISION:** _____

**CASE STILL PENDING: (YES/NO):** _____ *[If closed]* **Date of closing:** _____

**CURRENT STATUS OF RELATED CASE:** _____
                                      **(Discharged/awaiting discharge, confirmed, dismissed, etc.)**

**MANNER IN WHICH CASES ARE RELATED** *(Refer to NOTE above)*: _____

**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASES:** _____

_____

**2. CASE NO.:** _____ **JUDGE:** _____ **DISTRICT/DIVISION:** _____

**CASE STILL PENDING: (YES/NO):** _____ *[If closed]* **Date of closing:** _____

**CURRENT STATUS OF RELATED CASE:** _____
                                      **(Discharged/awaiting discharge, confirmed, dismissed, etc.)**

**MANNER IN WHICH CASES ARE RELATED** *(Refer to NOTE above)*: _____

**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASES:** _____

_____

## [OVER]

**DISCLOSURE OF RELATED CASES** (cont'd)

3. **CASE NO.:** _____ **JUDGE:** _____ **DISTRICT/DIVISION:** _____

**CASE STILL PENDING: (YES/NO):** _____ *[If closed]* Date of closing: _____

**CURRENT STATUS OF RELATED CASE:** _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

**MANNER IN WHICH CASES ARE RELATED** *(Refer to NOTE above)*:_____

**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASES:** _____

_____

**NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.**

**TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:**

**I am admitted to practice in the Eastern District of New York (Y/N):** _____

**CERTIFICATION (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):**

**I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.**

_____          _Leslie Gilow_ (signature)

**Signature of Debtor's Attorney**          **Signature of Pro-se Debtor/Petitioner**

6032 AMBOY ROAD
**Mailing Address of Debtor/Petitioner**

STATEN ISLAND, NY 10309
**City, State, Zip Code**

email_link@yahoo.com
**Email Address**

347-983-4612
**Area Code and Telephone Number**

**Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.**

**NOTE:** Any change in address must be reported to the Court immediately **IN WRITING.** Dismissal of your petition may otherwise result.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

**In Re:**

    FSB DEVELOPMENT CORP.

                                     **Case No.**

                                     **Chapter** 11

                 **Debtor(s)**

---------------------------------------------------------x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

        The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: 01/26/2016

*Leslie Aguilon*
_____
Debtor

_____
Joint Debtor

_____
Attorney for Debtor

Rev. 3/17/05

United States Bankruptcy Court for the
Eastern District of New York

Debtor: FSB Development Corp          Case _____          Chapter 11

## LIST OF CREDITORS

Department of Finance
City of Norwich
1 City Plaza
Norwich, NY 13815

**MAILING MATRIX**

Department of Finance
City of Norwich
1 City Plaza
Norwich, NY 13815

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Securities & Exchange Commission
Northeast Regional Office
Woolworth Building
233 Broadway
New York, NY 10279