Fill in this information to identify the case:

Debtor name __FSB Development Corp__

United States Bankruptcy Court for the: __EASTERN__ District of __NY__
(State)

Case number (If known): __1-16-40360-nhl__

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2015 FEB 12 P 3: 51

RECEIVED

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................   $ __228,000__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................   $ _____

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................   $ __228,000__

---

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................   $ _____

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................   $ __34,877.00__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............   + $ _____

4. **Total liabilities**................................................................................................................   $ __34,877.00__
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name _FSB Development Corp_

United States Bankruptcy Court for the: _EASTERN_ District of _NY_
(State)

Case number (If known): _1-16- 40360-nhl_

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☒ No. Go to Part 2.
☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2. Cash on hand** $_____

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

**4. Other cash equivalents** *(Identify all)*

4.1. _____ $_____
4.2. _____ $_____

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $_____

### Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____ $_____
7.2. _____ $_____

Debtor _FSB DEVELOPMENT CORP_____     Case number (if known)_1-16-40360-nhL_____
Name

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____     $_____

8.2._____     $_____

**9. Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.                                     $_____

---

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | _____ face amount | – | _____ doubtful or uncollectible accounts | = ........➔ | $_____ |
| 11b. Over 90 days old: | _____ face amount | – | _____ doubtful or uncollectible accounts | = ........➔ | $_____ |

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.                $_____

---

## Part 4:  Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1._____ | _____ | $_____ |
| 14.2._____ | _____ | $_____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1._____ | _____% | _____ | $_____ |
| 15.2._____ | _____% | _____ | $_____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1._____ | _____ | $_____ |
| 16.2._____ | _____ | $_____ |

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.                                   $_____

---

Debtor    _FSB DEVELOPMENT CORP_____    Case number (if known) _1-16-40360-nhL_
          Name

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | ___ / ___ / _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | ___ / ___ / _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | ___ / ___ / _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | ___ / ___ / _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.    $_____

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____    Valuation method_____    Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor  _FSB DEVELOPMENT CORP_____    Case number (if known)  _1-16-40360-nhL_

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☒ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** |  |  |  |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** |  |  |  |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** |  |  |  |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |  |  |  |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor _FSB DEVELOPMENT CORP_
 Name

Case number *(if known)* _1-16-40360-nhl_

## Part 8:   Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _BSB DEVELOPMENT CORP_____    Case number (if known) _1-16-40360-nhl___
     Name

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 61 S. Broad St Norwich NY 13815 | Ownership | $ 228,000 | Apprasial | $ 228,000 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 228,000

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☒ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** | $ | | $ |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$

Debtor  FSB DEVELOPMENT CORP  Case number (if known) 1-16-40360-nh2
         Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

  ☑ No
  ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

  ☑ No
  ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

  ☑ No
  ☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

  Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☑ No. Go to Part 12.
  ☐ Yes. Fill in the information below.

  **Current value of debtor's interest**

71. **Notes receivable**

  Description (include name of obligor)

  _____    _____ – _____ = ➡  $_____
                             Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

  Description (for example, federal, state, local)

  _____    Tax year _____  $_____
  _____    Tax year _____  $_____
  _____    Tax year _____  $_____

73. **Interests in insurance policies or annuities**

  _____                          $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

  _____                          $_____

  **Nature of claim**        _____
  **Amount requested**       $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

  _____                          $_____

  **Nature of claim**        _____
  **Amount requested**       $_____

76. **Trusts, equitable or future interests in property**

  _____                          $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

  _____                          $_____
  _____                          $_____

78. **Total of Part 11.**

  Add lines 71 through 77. Copy the total to line 90.                $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

  ☐ No
  ☐ Yes

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page 7

Debtor    _FSB DEVELOPMENT CORP_____
       Name

Case number (if known) _1-16-40360-nhL_

---

### Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $_____ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____ | |
| 88. **Real property.** *Copy line 56, Part 9.* ...............................................➔ | | $ 228,000 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $_____ | |
| 91. **Total.** Add lines 80 through 90 for each column. ...............91a. | $_____ | + 91b. $ 228,000 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......................................... $ 228,000

---

Fill in this information to identify the case:

Debtor name _FSB Development CORP_

United States Bankruptcy Court for the: _EASTERN_ District of _NY_
                                                          (State)

Case number (If known): _1-16-40360-nhL_

☐ Check if this is an
  amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |

**2.1**  Creditor's name _____

Describe debtor's property that is subject to a lien
_____   $_____   $_____

Creditor's mailing address
_____
_____

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**  Creditor's name _____

Describe debtor's property that is subject to a lien
_____   $_____   $_____

Creditor's mailing address
_____
_____

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $_____

Fill in this information to identify the case:

Debtor _____FSB Development Corp_____

United States Bankruptcy Court for the: ___Eastern___ District of ___NY___
(State)

Case number ___1-16-40360-nnl___
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
*City of Norwich Dept of Finance*
*1 City Plaza*
*Norwich NY 13815*

As of the petition filing date, the claim is: $ 34,877.00    $ 34,877.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
*01/2013*

Basis for the claim:
_____

Last 4 digits of account number   _3_ _3_ _0_ _7_

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_567A_)

---

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

Debtor  *FSB DEVELOPMENT CORP*
_____
Name

Case number (if known)  *1-16-40360-nhL*

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a. Total claims from Part 1        5a.   $ *34,877.00*

5b. Total claims from Part 2        5b. **+** $ _____

5c. Total of Parts 1 and 2          5c.   $ *34,877.00*
    Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name  *FSB Development Corp*

United States Bankruptcy Court for the: *Eastern*  District of *NY*
                                                                        (State)

Case number (If known): *1-16-40360-nhl*  Chapter *11*

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name _FSB Development Over_

United States Bankruptcy Court for the: _EASTERN_ District of _NY_
(State)

Case number (If known): _1-16-40360-nhL_

☐ Check if this is an
amended filing

## Official Form 206H
# Schedule H: Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. Does the debtor have any codebtors?

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 _____ | Street _____ City / State / ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | Street _____ City / State / ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | Street _____ City / State / ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | Street _____ City / State / ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 _____ | Street _____ City / State / ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 _____ | Street _____ City / State / ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Official Form 206H                        Schedule H: Codebtors                        page 1 of ___

Fill in this information to identify the case and this filing:

Debtor Name _FSB Development Corp._

United States Bankruptcy Court for the: _Eastern_    District of _NY_
                                           (State)

Case number (if known): _1-16-40360-nhl_

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☑ Schedule H: Codebtors (Official Form 206H)

☑ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule ____

☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☑ Other document that requires a declaration _AFFIDAVIT PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4_
_LIST OF EQUITY SECURITY HOLDERS, ADDRESSES - NONE_
_OFFICIAL FORM 207 - STATEMENT RE: BALANCE SHEET OPERATIONS,_
_CASH FLOW, FED TAX RETURN_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _02/10/16_
      MM / DD / YYYY

✗ _Leslie Aguilar_
      Signature of individual signing on behalf of debtor

_LESLIE AGUILAR_
Printed name

_Secretary - Treasurer_
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _FSB Development Corp_

United States Bankruptcy Court for the: _Eastern_ District of _NY_
(State)

Case number (if known): _1-16-40360-nhl_

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☒ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br><span style="font-size:smaller">MM / DD / YYYY</span> | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | **For prior year:** | From _____ to _____<br><span style="font-size:smaller">MM / DD / YYYY     MM / DD / YYYY</span> | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | **For the year before that:** | From _____ to _____<br><span style="font-size:smaller">MM / DD / YYYY     MM / DD / YYYY</span> | ☐ Operating a business<br>☐ Other _____ | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

   | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br><span style="font-size:smaller">MM / DD / YYYY</span> | _____ | $_____ |
   | **For prior year:** | From _____ to _____<br><span style="font-size:smaller">MM / DD / YYYY     MM / DD / YYYY</span> | _____ | $_____ |
   | **For the year before that:** | From _____ to _____<br><span style="font-size:smaller">MM / DD / YYYY     MM / DD / YYYY</span> | _____ | $_____ |

Debtor  _FSB DEVELOPMENT CORP_____  Case number (if known) _1-16-40360-nhL_
          Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- |
| | | | *Check all that apply* |
| 3.1. _____ | | $_____ | ☐ Secured debt |
| Creditor's name | | | ☐ Unsecured loan repayments |
| Street _____ | _____ | | ☐ Suppliers or vendors |
| _____ | | | ☐ Services |
| City          State    ZIP Code | _____ | | ☐ Other _____ |
| 3.2. _____ | | $_____ | ☐ Secured debt |
| Creditor's name | | | ☐ Unsecured loan repayments |
| Street _____ | _____ | | ☐ Suppliers or vendors |
| _____ | | | ☐ Services |
| City          State    ZIP Code | _____ | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- |
| 4.1. _____ | _____ | $_____ | _____ |
| Insider's name | | | |
| Street _____ | _____ | | _____ |
| _____ | | | |
| City          State    ZIP Code | | | _____ |
| **Relationship to debtor** | | | |
| _____ | | | |
| 4.2. _____ | _____ | $_____ | _____ |
| Insider's name | | | |
| Street _____ | _____ | | _____ |
| _____ | | | |
| City          State    ZIP Code | | | _____ |
| **Relationship to debtor** | | | |
| _____ | | | |

Debtor    _FSB DEVELOPMENT CORP_    Case number (if known) _1-16-40360-nhl_
　　　　　　Name

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City　　　　State　　ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City　　　　State　　ZIP Code | | | |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City　　　　State　　ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City　　　State　　ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City　　　State　　ZIP Code | |

Debtor  FSB DEVELOPMENT CORP                     Case number (if known) 1-16-40360-nhl
        Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| City          State     ZIP Code | Case number | Street |
| | Date of order or assignment | City          State     ZIP Code |

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | | $_____ |

Debtor   _FSB DEVELOPMENT CORP_____   Case number (if known) _1-16-40360-nhl_
        Name

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. _____ | _____ | _____ | $_____ |
| **Address** _____ | _____ | | |
| _____ Street | | | |
| _____ City          State      ZIP Code | | | |
| **Email or website address** _____ | | | |
| **Who made the payment, if not debtor?** _____ | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. _____ | _____ | _____ | $_____ |
| **Address** _____ | _____ | | |
| _____ Street | | | |
| _____ City          State      ZIP Code | | | |
| **Email or website address** _____ | | | |
| **Who made the payment, if not debtor?** _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** _____ | _____ | | |

Debtor    *FSB DEVELOPMENT CORP*
Name

Case number (if known) *1-16-40360-nhl*

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | Address | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City        State        ZIP Code | | | |
| | Relationship to debtor | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | Address | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City        State        ZIP Code | | | |
| | Relationship to debtor | | | |
| | _____ | | | |

## Part 7:    Previous Locations

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | _____ | | From _____ | To _____ |
| | Street | | | |
| | _____ | | | |
| | City        State        ZIP Code | | | |
| 14.2. | _____ | | From _____ | To _____ |
| | Street | | | |
| | _____ | | | |
| | City        State        ZIP Code | | | |

Debtor    *FSB DEVELOPMENT CORP*
_____
Name

Case number *(if known)* *1-16-40360-nhl*

---

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** _____ <br> Facility name <br><br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | _____ <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br> _____ <br> _____ | _____ <br><br> **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |
| **Facility name and address** <br><br> **15.2.** _____ <br> Facility name <br><br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | **Nature of the business operation, including type of services the debtor provides** <br> _____ <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br> _____ <br> _____ | **If debtor provides meals and housing, number of patients in debtor's care** <br> _____ <br><br> **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
Yes. Does the debtor serve as plan administrator?
☐ No. Go to Part 10.
☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?
☐ No
☐ Yes

---

Debtor _FSB DEVELOPMENT CORP_____     Case number (if known) _1-16-40360-nhL_
        Name

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name _____ Street _____ City  State  ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name _____ Street _____ City  State  ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City  State  ZIP Code | _____ _____ Address _____ _____ | _____ _____ | ☐ No ☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City  State  ZIP Code | _____ _____ Address _____ _____ | _____ _____ | ☐ No ☐ Yes |

Debtor   *FSB DEVELOPMENT CORP*
     Name

Case number (if known)  *14-40360-nhl*

---

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

☒ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

☒ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

☒ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor  FSB DEVELOPMENT CORP _____        Case number (if known) 1-16-40360-nhL
        Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

### Part 13:    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| | | | Do not include Social Security number or ITIN. |
| 25.1. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City    State    ZIP Code | | From _____    To _____ |
| | | | |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number |
| | | | Do not include Social Security number or ITIN. |
| | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City    State    ZIP Code | | From _____    To _____ |
| | | | |
| | Business name and address | Describe the nature of the business | Employer Identification number |
| | | | Do not include Social Security number or ITIN. |
| 25.3. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City    State    ZIP Code | | From _____    To _____ |

Debtor **FSB DEVELOPMENT CORP**
Name

Case number (if known) **1-16-40360-nhL**

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | From _____ To _____ |
| Name | |
| Street | |
| City    State    ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26a.2. | From _____ To _____ |
| Name | |
| Street | |
| City    State    ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ To _____ |
| Name | |
| Street | |
| City    State    ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____ To _____ |
| Name | |
| Street | |
| City    State    ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Name | |
| Street | |
| City    State    ZIP Code | |

---

Debtor   _FSB DEVELOPMENT CORP_____    Case number (if known) _1-16-40360-nhL_
         Name

|  | Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|---|
| 26c.2. | | | | |
| | Name | | | |
| | Street | | | |
| | | | | |
| | City | State | ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

|  | Name and address | | |
|---|---|---|---|
| 26d.1. | | | |
| | Name | | |
| | Street | | |
| | | | |
| | City | State | ZIP Code |

|  | Name and address | | |
|---|---|---|---|
| 26d.2. | | | |
| | Name | | |
| | Street | | |
| | | | |
| | City | State | ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $_____ |

Name and address of the person who has possession of inventory records

|  | | | |
|---|---|---|---|
| 27.1. | | | |
| | Name | | |
| | Street | | |
| | | | |
| | City | State | ZIP Code |

Debtor    *FSB DEVELOPMENT CORP*
Name

Case number (if known) *1-16-40360-nhL*

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $_____ |

**Name and address of the person who has possession of inventory records**

27.2.

Name _____

Street _____

_____

City _____ State ____ ZIP Code ____

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Leslie Aguilar | 6032 Amboy Rd Staten Island NY 10309 | | 0 |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |
| Name _____ | | | |
| Street _____ | | | |
| City _____ State __ ZIP Code __ | | | |
| **Relationship to debtor** | | | |

Debtor   _F.S.B DEVELOPMENT CORP_   Case number (if known) _1-16-40360-nhl_
         Name

| | Name and address of recipient | | | | |
|---|---|---|---|---|---|
| 30.2 | | | | | |
| | Name | | | | |
| | Street | | | | |
| | City                    State          ZIP Code | | | | |
| | Relationship to debtor | | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ |

## Part 14:    Signature and Declaration

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _02/10/16_
             MM / DD / YYYY

✗ _Leslie Aguilar_                              Printed name  _LESLIE AGUILAR_
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  _Secretary – Treasurer_

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ No
☒ Yes

FSB DEVELOPMENT CORP.
6032 AMBOY ROAD
STATEN ISLAND, NY  10309

United States Bankruptcy Court
Eastern District of New York
Debtor- FSB Development Corp.
Case No./-/6-40360nhl Chapter 11

AFFIDAVIT PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

I, Leslie Aguilar, Secretary Treasure of FSB Development Corp., a corporation organized and existing under the laws of the State of New York (the "Company') do hereby certify that the following is a true and correct.  I am authorized to make this statement in compliance under the Rules 1007 - 4 of the Federal Rules of Bankruptcy Procedure:

(i)    whether the debtor is a small business debtor within the meaning of Bankruptcy Code § 101(51D);

**(ii)**    the nature of the debtor's business and a statement of the circumstances leading to the debtor's filing under chapter 11:  **Lack of rental income has brought FSB Development Corp to file.**

(iii)    in a case originally commenced under chapter 7, 12 or 13, the name and address of any trustee appointed in the case and, in a case originally commenced under chapter 7, the names and addresses of the members of any creditors' committee elected under Bankruptcy Code § 705:  **Not Applicable**

(iv)    the names and addresses of the members of, and professionals employed by, any committee organized prior to the order for relief in the chapter 11 case, and a description of the circumstances surrounding the formation of the committee and the date of its formation:  **NONE**

(v)     with respect to each of the holders of the 20 largest general unsecured claims, excluding insiders: name, address (including the number, street, apartment or suite number, and zip code, if not included in the post office address), telephone number, name(s) of person(s) familiar with the debtor's account, amount of the claim, and whether the claim is contingent, unliquidated, disputed, or partially secured:

**CITY OF NORWICH**     **JOHN S ZIELINKSI**     **DISPUTED**    **$34,877.00**
**DEPT OF FINANCE**     **607-334-1230**
**ONE CITY PLAZA**     **REAL ESTATE & SCHOOL TAXES**
**NORWICH NY 13815**

(vi)     with respect to each of the holders of the 5 largest secured claims: name, address (including the number, street, apartment or suite number, and zip code, if not included in the post office address), amount of the claim, a description and an estimate of the value of the collateral securing the claim, and whether the claim or lien is disputed: **NONE**

(vii)     a summary of the debtor's assets and liabilities:

     **ASSET:  A SINGLE FAMILY PROPERTY LOCATED AT 61 S. BROAD STREET, NORWICH NY 13815 VALUED AT $228,000.00**

     **DEBT: REAL ESTATE & SCHOOL TAXES TOTAL DEBT: $34,877.00**

(viii)     the number and classes of shares of stock, debentures, or other securities of the debtor that are publicly held, and the number of record holders thereof, listing separately those held by each of the debtor's officers and directors and the amounts so held: **NONE**

(ix)     a list of all of the debtor's property in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any such entity, giving the name, address, and telephone number of each such entity, the title of any proceeding relating thereto, and the court in which it is pending: **NONE**

(x)     a list of the premises owned, leased, or held under any other arrangement from which the debtor operates its business: **NONE**

(xi)    the location of the debtor's significant assets, the location of its books and records, and the nature, location, and value of any assets held by the debtor outside the territorial limits of the United States: **NONE**

(xii)   the nature and present status of each action or proceeding, pending or threatened, against the debtor or its property where a judgment against the debtor or a seizure of its property may be imminent: **A CHAPTER 11 WAS FILED**

(xiii)  the names of the debtor's existing senior management, their tenure with the debtor, and a summary of their relevant responsibilities and experience: **NOT APPLICABLE**

(xiv)   the estimated amount of the weekly payroll to employees (exclusive of officers, directors, stockholders, partners and members) for the 30-day period following the filing of the chapter 11 petition: **NONE**

**(xv)**   the amount paid and proposed to be paid for services for the 30-day period following the filing of the chapter 11 petition: **TBD BY EASTERN DISTRICT BANKRUPTCY COURT.**

if the debtor is a corporation, to officers and directors: **NONE**

if the debtor is an individual or a partnership, to the individual or the members of the partnership; and (C) if a financial or business consultant has been retained by the debtor, to the consultant: **NONE**

**(xvi)**  a schedule, for the 30-day period following the filing of the chapter 11 petition, of estimated cash receipts and disbursements, net cash gain or loss, obligations and receivables expected to accrue but remaining unpaid, other than professional fees, and any other information relevant to an understanding of the foregoing:  **UKNOWN AT THIS TIME – THEIR MAY BE ADDITIONAL FEES, LATE FEE PAYMENTS DUE TO THE CITY OF NORWICH FOR PROPERTY TAXES & SCHOOL TAXES. NO CASH RECEIPTS AND DISPURSEMENTS, NET CASH GAIN AGAIN UNKOWN AT THIS TIME**

(xvii)  such additional information as may be necessary to fully inform the Court of the debtor's rehabilitation prospects:

IN WITNESS WHEREOF, the undersigned has affixed her signature this 10th day of February, 2016.  The Company has no corporate seal.

_Leslie Aguilar_

Leslie Aguilar, Secretary-Treasurer

FSB Development Corp.

FSB DEVELOPMENT CORP.
6032 AMBOY ROAD
STATEN ISLAND, NY 10309

United States Bankruptcy Court
Eastern District of New York
Debtor- FSB Development Corp.
Case No. *1-16-40360-nhl* Chapter 11

## LIST OF EQUITY SECURITY HOLDERS AND ADDRESSES

### NONE

FSB DEVELOPMENT CORP.
6032 AMBOY ROAD
STATEN ISLAND, NY 10309

United States Bankruptcy Court
Eastern District of New York
Debtor- FSB Development Corp.
Case No. *1-16-40360-nhl* Chapter 11

## STATEMENT REGARDING BALANCE SHEET, STATEMENT OF OPERATIONS, CASH FLOW STATEMENT, FEDERAL TAX RETURN

I, Leslie Aguilar, Secretary Treasure of FSB Development Corp., a corporation organized and existing under the laws of the State of New York (the "Company') do hereby certify under penalty of perjury that the following is true and correct.

FSB Development Corp. the Company and the Debtor certifies that the following documents have not been prepared: balance sheet, statement of operations, or cash flow statement or have not filed a federal tax return.

IN WITNESS WHEREOF, the undersigned has affixed her signature this 10th day of February, 2016.  The Company has no corporate seal.

*Leslie Aguilar*

Leslie Aguilar, Secretary-Treasurer

FSB Development Corp.